TROY LAW, PLLC
*Attorneys for the Plaintiff*
41-25 Kissena Blvd., Suite 110
Flushing, NY 11355
Tel:    (718) 762-1324

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
-----------------------------------------------------------X
CHUN LIN JIANG,
*on his own behalf and on behalf of others similarly situated*

                Plaintiff,
                v.

KOBE JAPANESE STEAKHOUSE INC.
    f/k/a Tokyo Steak House Inc
    d/b/a Tokyo Japanese Steak House; and
TOKYO II STEAK HOUSE, INC.
    d/b/a Tokyo Japanese Steak House;
GUANGLONG LIN
    a/k/a Guang Long Lin
    a/k/a David Lin

                Defendants.
-----------------------------------------------------------X

Case No: 22-cv-11867 (FDS)

**NOTICE OF ACCEPTANCE OF DEFENDANT'S OFFER OF JUDGMENT PURSUANT TO RULE 68**

      PLEASE TAKE NOTICE that, pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Plaintiff CHUN LIN JIANG, through his undersigned counsel, hereby accepts and provides notice that he has accepted Defendants' Offer of Judgment to Plaintiff dated July 18, 2025 attached hereto as Exhibit A.

Dated: Flushing, New York
July 24, 2025

                                              TROY LAW, PLLC
                                              *Attorneys for the Plaintiff*

                                              _____
                                              Tiffany Troy

TROY LAW, PLLC
*Attorneys for the Plaintiff*
41-25 Kissena Blvd., Suite 110
Flushing, NY 11355
Tel:    (718) 762-1324

| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | |
| **DISTRICT OF MASSACHUSETTS** | Case No: 22-cv-11867 (FDS) |
| ------------------------------------------------------------X | |
| CHUN LIN CHUN LIN JIANG, | **CERTIFICATE OF SERVICE** |
| *on his own behalf and on behalf of others similarly situated* | |
| Plaintiff, | |
| v. | |
| KOBE JAPANESE STEAKHOUSE INC. | |
|     f/k/a Tokyo Steak House Inc | |
|     d/b/a Tokyo Japanese Steak House; and | |
| TOKYO II STEAK HOUSE, INC. | |
|     d/b/a Tokyo Japanese Steak House; | |
| GUANGLONG LIN | |
|     a/k/a Guang Long Lin | |
|     a/k/a David Lin | |
| Defendants | |
| ------------------------------------------------------------X | |

I hereby certify that a true and correct copy of the attached Notice of Acceptance of Defendant's Offer of Judgment was served on the Defendants of this action by causing a copy to be sent *via* ECF to their Attorney of Record.

Dated: Flushing, New York
July 24, 2025

                                                           TROY LAW, PLLC
                                                           *Attorneys for the Plaintiff*

                                                           /s/ Tiffany Troy
                                                           Tiffany Troy