## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **CHUN LIN JIANG, individually and on behalf of all others similarly situated,** ) ) ) ) | |
| **Plaintiff,** ) ) | **Civil Action No. 22-11867-FDS** |
| **v.** ) ) | |
| **TOKYO II STEAK HOUSE, INC. and GUANGLONG LIN,** ) ) ) ) | |
| **Defendants.** ) ) | |

### ORDER OF JUDGMENT

**SAYLOR, J.**

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Tokyo II Steak House, Inc. and Guanglong Lin (collectively, "Defendants"), having offered to allow Plaintiff Chun Lin Jiang ("Plaintiff") to take a judgment against them, in the sum of One Hundred Thousand Dollars and No Cents ($100,000.00), inclusive of all costs and attorney's fees incurred to the date of the offer, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated July 18, 2025 (Dkt. No. 120, Ex. A);

**WHEREAS**, on July 24, 2025, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 120);

It is **ORDERED**, **ADJUDGED**, and **DECREED**, that the clerk shall enter judgment in favor of Plaintiff Chun Lin Jiang, in the sum of One Hundred Thousand Dollars and No Cents ($100,000.00), in accordance with the terms and conditions of

Defendants' Rule 68 Offer of Judgment dated July 18, 2025 (Dkt. 120, Ex. A).


**So Ordered.**


/s/  F. Dennis Saylor IV
F. Dennis Saylor IV
Dated:  August 13, 2025                    United States District Judge

2