UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

_____

**Chun Lin Jiang**
     **Plaintiff,**

    v.                                                                  Civil Action No. 1:22-cv-11867-FDS

**Kobe Japanese Steakhouse, Inc. et al,**
     **Defendant.**
_____

## JUDGMENT IN A CIVIL CASE

SAYLOR, C.J.

    In accordance with the Court's ORDER entered on August 13, 2025 (Dkt No. 124), JUDGMENT is hereby entered in favor of plaintiff Chun Lin Jiang in the sum of One Hundred Thousand Dollars and No Cents ($100,000.00), in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated July 18, 2025 (Dkt. 120, Ex. A).

                                                  By the Court,

Dated: 8/13/2025                                                                  /s/ Melonie Cooke
                                                                            Deputy Clerk